UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMAN ARZU,

       Plaintiff,

v.                                 Case No. 8:09-cv-01620-T-24-TGW

MAR'S HOUSING & COMMUNICATIONS,
INC., a Florida Profit Corporation, and
OMAR CABALLERO, individually,

       Defendant.

_____/

**<u>ORDER</u>**

This cause comes before the Court on Plaintiff's Motion to Compel Defendant to Attend

Mediation (Doc. 23). On August 17, 2009, Plaintiff, Norman Arzu, filed his Complaint (Doc. 1)

against Defendants Mar's Housing & Communications, Inc. ("Mar's") and Omar Caballero,

alleging Defendants' failure to pay overtime compensation in violation of the Fair Labor

Standards Act. Defendants filed their Answer, Affirmative Defenses, and Counterclaim on

October 28, 2009 (Doc. 7).

Defendants' attorney filed a Motion to Withdraw as Counsel on March 9, 2010 (Doc. 15),

which the Court granted (Doc. 16). In its Order, the Court advised Caballero that he should file

a notice of appearance of new counsel by April 8, 2010; otherwise, the Court would consider

him as proceeding pro se. (Doc. 16.) However, because Local Rule 2.03(d) prohibits

corporations from appearing pro se, Mar's was required to file a notice of new counsel by April

8, 2010 or risk an entry of default. (Doc. 16.) Neither Mar's nor Caballero entered a notice of

new counsel.

Arzu moved for entry of clerk's default against Mar's and Caballero on April 13, 2010.

(Doc. 19.)  The Court granted that motion with respect to Mar's only (Doc. 20), and the Clerk entered default against Mar's on April 15, 2010 (Doc. 21).  In its order, the Court reiterated its previous order that the parties inform the Court of their mediator and mediation date by April 15, 2010. (Doc. 20.)  On April 15, 2010, Arzu filed a notice of mediation to be held on May 14, 2010 at 1 p.m.  (Doc. 22.)

Now, Arzu states that Caballero has not communicated with counsel throughout litigation and specifically has failed to confirm that he will attend the mediation.  Accordingly, Plaintiff's Motion to Compel Defendant to Attend Mediation (Doc. 23) is GRANTED.  Defendant Omar Caballero is ordered to attend mediation in person on May 14, 2010.  Failure to appear will result in sanctions.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record